```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN DOE, et al.                :       CIVIL ACTION
                                :
         v.                     :
                                :
MARTIN ARMSTRONG, et al.        :       NO. 18-1263
```

## ORDER

AND NOW, this 19th day of July, 2018, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant to strike immaterial, impertinent, and scandalous allegations from plaintiffs' complaint (Doc. # 4) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                                                        J.