IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE ANTONIAK, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARTIN ARMSTRONG, et al. | : | NO. 18-1263 |

ORDER

AND NOW, this 8th day of January, 2019, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs George Antoniak, Andrew Antoniak, and I. Switt to compel arbitration of and to stay cross-claims of Heritage Numismatic Auctions, Inc. (Doc. # 49) is GRANTED; and

(2) the arbitration of Heritage's cross-claims for indemnification is stayed pending further order of this court after resolution in this action of the ownership of the coins in issue.

BY THE COURT:

_/s/ Harvey Bartle_ J.