```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE ANTONIAK, et al.         :
                                :
          v.                    :
                                :         CIVIL ACTION
MARTIN ARMSTRONG,               :
                                :
          v.                    :         NO. 18-1263
                                :
HERITAGE NUMISMATIC AUCTIONS,   :
INC.                            :
```

ORDER

AND NOW, this 19th day of May, 2020, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that:

(1)   The motion of George Antoniak, Andrew Antoniak, and I. Switt for "Sanctions Against Martin Armstrong and His Attorney Thomas V. Sjoblom for Deliberately False Representations That Were the But-For Cause of Significant Fees, Costs, and Expenses for Plaintiffs and Their Counsel Under the Court's Inherent Power to Sanction Litigation Misconduct" (Doc. # 120) is DENIED;

(2)   The motion of Heritage Numismatic Auctions, Inc. for "Attorney Fees and Costs" (Doc. # 123) against Martin Armstrong and his attorney Thomas Sjoblom, jointly and severally, is GRANTED;

(3)   Heritage Numismatic Auctions, Inc. shall file and serve, on or before June 9, 2020, affidavits setting forth in detail the time records of the attorneys and others working on

the case, their hourly rates, itemization of costs, and provide other information and briefing relevant to the amount of any award;

     (4) Martin Armstrong and Thomas Sjoblom may file and serve on or before June 30, 2020, a response in opposition to the amounts sought;

     (5) Heritage Numismatic Auctions, Inc. may file and serve a reply on or before July 10, 2020.

BY THE COURT:

/s/ Harvey Bartle III
                    J.