IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE ANTONIAK, et al. : | |
| : | |
| v. : | |
| : | CIVIL ACTION |
| MARTIN ARMSTRONG, : | |
| : | |
| v. : | NO. 18-1263 |
| : | |
| HERITAGE NUMISMATIC AUCTIONS, : | |
| INC. : | |

ORDER

And now, this 3rd day of August 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Martin Armstrong for reconsideration of this Court's May 19, 2020 Order granting reasonable attorney's fees and costs to third-party defendant Heritage Numismatic Auctions, Inc. (Doc. # 145) is DENIED.[1]

BY THE COURT:

/s/ Harvey Bartle III
_____
J.

---

[1] The Court must still determine what amount of counsel fees and costs to award Heritage.